## SLEEPER v. KELLY et al.

A PLAINTIFF cannot appeal from a judgment of nonsuit rendered on his own motion.

APPEAL from the Fourth Judicial District.

This was an action of ejectment and tried by a jury. Plaintiff, to show his title, offered in evidence a certain deed, which, on objection of defendant, was excluded and plaintiff excepted. Plaintiff then rested and moved the Court to allow a judgment of nonsuit to be entered, which was accordingly done. Afterwards plaintiff moved to set aside the judgment and for a new trial on the ground that the Court had erred in excluding his evidence. This motion was denied, and the plaintiff appeals from the judgment and the order refusing to set it aside.

*Wilson & Letcher*, for Appellant.

*O. C. Pratt*, for Respondents, cited *Imley* v. *Beard* (6 Cal. 666).

CROCKER, J. delivered the opinion of the Court—COPE, C. J. and NORTON, J. concurring.

This is an appeal from a judgment of nonsuit. The record shows that the nonsuit was granted on the motion of the plaintiff, and an appeal by him does not lie in such cases. (*Imley* v. *Beard*, 6 Cal. 666.)

The judgment is therefore affirmed.